FILED

JUL 29 2019

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CV19 4319 CRB (PR)

Anthony Ceaser Lewis, Plaintiff,

vs.

Google Inc. Computer Company, Defendant.

CASE NO. _____

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, Anthony Ceaser lewis, declare under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees and costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

IN SUPPORT OF THIS APPLICATION, I PROVIDE THE FOLLOWING INFORMATION:

1. Are you presently employed?  YES ☐  NO ☒

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: 0.00    Net: 0.00

Employer (name and address): none

If the answer is "no," state the date of last employment and the amount of the gross and net salary and wages per month which you received. (If you are imprisoned, specify the last place of employment prior to imprisonment.)
none 0

1

2. Have you received, within the past twelve (12) months, any money from any of the following sources:

   a. Business, profession or self employment?  YES ☐  NO ☒
   b. Income from stocks, bonds or royalties?  YES ☐  NO ☒
   c. Rent payments?  YES ☐  NO ☒
   d. Pensions, annuities or life insurance payments?  YES ☐  NO ☒
   e. Federal or state welfare payments, Social Security or other government source?  YES ☐  NO ☐

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

none:

3. Are you married?  YES ☐  NO ☒

Spouse's Full Name: none

Spouse's Place of Employment: none

Spouse's Monthly Salary, Wages or Income:

Gross $ 000   Net $ 000

4. a. List amount you contribute to your spouse's support: $ 0.00
   b. List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. Do not include their names.)

5. Do you own or are you buying a home?  YES ☐  NO ☒

Estimated Market Value: $ 0   Amount of Mortgage: $ 0

6. Do you own an automobile?  YES ☐  NO ☒

Make none   Year NONE   Model _____
Is it financed? Yes ____ No X   If so, Total Due: $ 0
Monthly Payment: $ 0

2

7. Do you have a bank account?  YES ☐  NO ☒

Name(s) and address(es) of bank (do not include account numbers): none

Present balance(s): $ 0.00

Do you own any cash?  YES ☐  NO ☒  Amount: $ 0

Do you have any other assets?  YES ☐  NO ☒

If "yes," provide a description of each asset and its estimated market value.

none.

8. What are your monthly expenses?

Rent: $ 900.00   Utilities: 80.00

Food: $ 100.00   Clothing: 100.00

9. Do you have any charge accounts/credit cards?  YES ☐  NO ☒

If yes, list them below. (Do not include account numbers.)

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| none | $ | $ |
|  | $ | $ |
|  | $ | $ |

10. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

none.

11. Does the complaint you are seeking to file raise claims that have been presented in other lawsuits?  YES ☐  NO ☒

If so, please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

none.

3

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

07-18-2019

DATE

*Anthony C Lewis*

SIGNATURE OF APPLICANT

Case Number: _____

# CERTIFICATE OF FUNDS
## IN PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of __ANTHONY CEASER Lewis__ for the last six months at
(Prisoner's Name)
__milpitAS correction Elmwood__, where (s)he is confined.
(Name of Institution)

I further certify that the average deposits each month to this prisoner's account for the most recent six-month period were $ __0.00__ and the average balance in the prisoner's account each month for the most recent six-month period was $ __0.00__.

Date: __7/18/2019__   Officer Name: __J. Loach #2053__

Signature: _____
*Authorized Officer of the Institution*

5

Inmate Balance History Report - Simple                                    Created: 3/12/2019  9:47:33AM

| Number: | CPR367 | Secondary: | 19007243 | Location: | ELMWOOD BARRACK M-2 |
| Name: | LEWIS, ANTHONY | | | | |

| Transaction | Date | Transaction Amount | Running Balance | Running Owed | Running Other |
|---|---|---|---|---|---|
| RELEASE INMATE - NO BALANCE | 02/01/2019  03:28:03PM | $0.00 | $0.00 | $0.00 | $0.00 |
| | **Ending Totals:** | | **$0.00** | **$0.00** | **$0.00** |

This report may contain privileged and/or confidential information that is intended solely for the use of the Correctional Facility. The report may contain nonpublic personal information about inmates subject to the restrictions of privacy laws. You may not directly or indirectly reuse or disclose such information for any purpose other than to provide the services for which you are receiving the information.